# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

2011 OCT 26 A 11 55

| | |
|---|---|
| In re NCAA Student-Athlete Name and Likeness Licensing Litigation | Civil Action No: 4:09-cv-01967-CW<br>Pending in the United States District Court for the Northern District of California<br><br>Misc. No. 3:11mc189 AVC |

3:11MC00189(AVC). Document No. 1. 09/28/12. The plaintiffs, former college basketball and football players, filed the underlying anti-trust action in the Northern District of California. In re NCAA Student-Athlete Name and Likeness Licensing Litigation, No 09-CV-1967-CW (NC) (N.D. Cal. 2009). The plaintiffs allege that the underlying defendants conspired to foreclose them from being compensated for the commercial use of the plaintiffs' names, images, and likenesses after their days of college sports. The plaintiffs have filed a motion to compel, in this court, against a non-party to the underlying litigation, ESPN, Inc., seeking documents in connection with the underlying case. The motion is granted with respect to television contracts and licensing agreements to which ESPN is a party, from January 1, 2005, to the present, concerning men's division one football or basketball which are sufficient to identify the parties to the agreement(s), mention student athletes' rights concerning the publicity of their names, images or likenesses, and include identifying information with respect to the parties to the agreement(s) and whether the agreements address division one basketball or football. See id. at doc. no. 64 (Feb. 27, 2012); O'Bannon, et al. v. The Southeastern Conference and the Southwestern Athletic Conference, No. 2:11-MC-04184-VEH, Doc. 27 (ND Ala. June 15, 2012); In re NCAA Student-Athlete Name and Likeness Licensing Litig., No. 1:11-MC-00063-UA-LPA (M.D. N.C. June 18, 2012). With respect to the remaining discovery at issue, the requests are overbroad and, therefore, the motion to compel is denied. To the extent any documents that are subject to production are protected by the attorney-client or work-product privileges, ESPN shall produce a privilege log.

/s/ Alfred V. Covello, USDJ

Alfred V. Covello
United States District Court

Dated: October 26, 2011

Respectfully submitted,

*Erin Green Comite*
Erin Green Comite

David R. Scott (ct16080)
Joseph P. Guglielmo (ct27481)
Amanda F. Lawrence (ct27008)
Erin Green Comite (ct24886)
**SCOTT + SCOTT LLP**
156 South Main Street
P. O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
drscott@scott-scott.com
jguglielmo@scott-scott.com
alawrence@scott-scott.com
ecomite@scott-scott.com

Bryan L. Clobes
Ellen Meriwether
**CAFFERTY FAUCHER LLP**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyfaucher.com

Jon T. King
**HAUSFELD LLP**
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
jking@hausfeldllp.com

Michael D. Hausfeld
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2011, I caused a true and correct copy of the foregoing Plaintiffs' Motion to Compel to be served on Counsel for Non-Party ESPN, Inc., by First Class U.S. Mail and by Electronic Mail to the following address. Executed on October 26, 2011.

Frank Ryan, Esquire
Melissa Reinckens, Esquire
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
E-mail: Frank.Ryan@dlapiper.com
E-mail: Melissa.Reinckens@dlapiper.com
*Counsel to ESPN, Inc.*

Erin Green Comite